**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 01-6445**

_____

JAMES GUY ARNOLD,

                              Plaintiff - Appellant,

        versus

EDWARD J. RUDLOFF; KATHY A. PALMER; STEPHEN W.
WATERS, D. ROWLAND,

                              Defendants - Appellees.

_____

Appeal from the United States District Court for the Northern
District of West Virginia, at Martinsburg.  W. Craig Broadwater,
District Judge.  (CA-00-105-3)

_____

Submitted:  September 20, 2001       Decided:  September 26, 2001

_____

Before LUTTIG, KING, and GREGORY, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

James Guy Arnold, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

James Guy Arnold appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2000) complaint.  We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court.  <u>See</u> <u>Arnold v. Rudloff</u>, No. CA-00-105-3 (N.D.W. Va. Mar. 2, 2001). Further, we deny Arnold's motion for appointment of counsel.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>